UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTAGRAM, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MURONG ZHOU, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-00235-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; DIRECTING STATUS REPORT**<br><br>Re: Dkt. No. 15 |

Before the Court is Plaintiff Instagram, LLC's ("Instagram") unopposed motion to continue the initial case management conference in this matter from April 19, 2016, to July 19, 2016, at 2:00pm. Dkt. No. 15 ("Mot."). Instagram requests a continuance on the grounds that it is currently attempt to serve Defendants Zhou Murong, He Guihe, Zhou Mufen, Zhou Meifang, each of whom are residents of China, under the Hague Service Convention.

Good cause being shown, the Court hereby **GRANTS** Instagram's motion to continue the case management conference from April 19, 2016, to July 19, 2016, at 2:00pm. The Court further **ORDERS** Instagram to file a status report with the Court within 45 days of this Order regarding its attempt to effectuate foreign service.

**IT IS SO ORDERED.**

Dated: April 13, 2016

　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge