1   LARRY W. McFARLAND (State Bar No. 129668)
lmcfarland@kilpatricktownsend.com
2   EMIL W. HERICH (State Bar No. 116783)
eherich@kilpatricktownsend.com
3   CHRISTOPHER T. VARAS (State Bar No. 257080)
cvaras@kilpatricktownsend.com
4   KOLLIN J. ZIMMERMANN (State Bar No. 273092)
kzimmermann@kilpatricktownsend.com
5   KILPATRICK TOWNSEND & STOCKTON LLP
9720 Wilshire Boulevard, Penthouse Suite
6   Beverly Hills, California 90212
Telephone: (310) 248-3830
7   Facsimile: (310) 860-0363

8   RYAN T. BRICKER (State Bar No. 269100)
rbricker@kilpatricktownsend.com
9   KILPATRICK TOWNSEND & STOCKTON LLP
Eighth Floor, Two Embarcadero Center
10   San Francisco, California 94111
Telephone: (415) 576-0200
11   Facsimile: (415) 576-0300

12   Attorneys for Plaintiff
INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| INSTAGRAM, LLC,<br>a Delaware limited liability company,<br><br>          Plaintiff,<br><br>    v.<br><br>ZHOU MURONG, an individual; HE GUIHE, an individual; ZHOU MUFEN, an individual; and ZHOU MEIFANG, an individual,<br><br>          Defendants. | Case No. 4:16-cv-00235-HSG<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC ATTENDANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date: August 29, 2017<br>Time: 2:00 p.m.<br>Ctrm.: 2, 4th Floor<br>      Hon. Haywood S. Gilliam, Jr. |

1    The Court, having considered Plaintiff Instagram, LLC's request for telephonic attendance
2    at the Case Management Conference set for 2:00 p.m. on August 29, 2017, and good cause
3    appearing, finds:
4        Instagram, LLC's request is GRANTED.
5        Instagram, LLC's in-house counsel, Kathryn Duvall, may telephonically attend the Case
6    Management Conference.
7        Counsel will make arrangements through CourtCall at 1-866-582-6878.

**IT IS SO ORDERED.**

DATED: August 23, 2017

*Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge